**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| DAVID RUSSELL on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CS CONTRACT SOLUTIONS, LLC d/b/a/ CONEXA TECHNOLOGIES, FRONTIER COMMUNICATIONS PARENT, INC., BENJAMIN SUNDERLAND, and KEITH CRISTOBAL, in their individual and professional capacities and d/b/a DRIVE MANAGEMENT GROUP,<br><br>      Defendants. | Civil Action No.:<br>24-cv-2421-CEH-AAS |

**STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15(a)(2)**

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff David Russell ("Plaintiff") and Defendants CS Contract Solutions, LLC d/b/a Conexa Technologies, Frontier Communications Parent, Inc., Benjamin Sunderland, and Keith Cristobal hereby agree to permit Plaintiff file the proposed Amended Complaint attached hereto as Exhibit A.

| | |
|---|---|
| Dated: Lakewood Ranch, Florida<br>January 22, 2025 | Dated: Tampa, Florida<br>January 22, 2025 |
| **CRABILL PLLC** | **PHELPS DUNBAR LLP** |
| By: _____/s/_____<br>Taylor J. Crabill | By:_____/s/_____<br>Dennis M. McClelland |
| 71-01 Austin Street<br>Forest Hills, New York<br>Tel: 727-335-1030<br>tcrabill@crabilllawfirm.com | 100 South Ashley Drive<br>Tampa, Florida<br>Tel: 813-472-7865<br>dennis.mcclelland@phelps.com |
| *Attorney for Plaintiff and the Proposed Collective* | *Attorney for Defendants* |