## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

DAVID RUSSELL on behalf of himself
and others similarly situated,

       Plaintiff,

    v.

CS CONTRACT SOLUTIONS, LLC d/b/a/
CONEXA TECHNOLOGIES and DRIVE
MANAGEMENT GROUP, CITIZENS
TELECOM SERVICES COMPANY, LLC
d/b/a FRONTIER COMMUNICATIONS,
BENJAMIN SUNDERLAND, and KEITH
CRISTOBAL, in their individual and
professional capacities,

       Defendants.

Civil Action No.:
24-cv-2421-CEH-AAS

## NOTICE OF CONSENT TO JOIN

    Plaintiff, **DAVID RUSSELL**, gives notice of filing of a Notice of Consent

to Join form by Michael Dulanski attached hereto as Exhibit A.

Dated:  March 19, 2025
       Lakewood Ranch, Florida

**CRABILL PLLC**

By:  */s/ Taylor J. Crabill*
    Taylor J. Crabill

71-01 Austin Street
Forest Hills, New York 11375
Tel: 727-335-1030
tcrabill@crabilllawfirm.com
*Attorney for Plaintiff and*
*the Proposed FLSA Collective*