# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID RUSSELL on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CS CONTRACT SOLUTIONS, LLC d/b/a/ CONEXA TECHNOLOGIES and DRIVE MANAGEMENT GROUP, CITIZENS TELECOM SERVICES COMPANY, LLC d/b/a FRONTIER COMMUNICATIONS, BENJAMIN SUNDERLAND, and KEITH CRISTOBAL, in their individual and professional capacities,<br><br>Defendants. | Civil Action No.:<br>24-cv-2421-CEH-AAS |

## STIPULATION OF VOLUNTARY DISMISSAL OF OPT-IN PLAINTIFF KONSTANTIN MEZENTSEV

Plaintiff David Russell and Defendants CS Contract Solutions, LLC, Citizens Telecom Services Company, LLC, Benjamin Sunderland, and Keith Cristobal, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Opt-In Plaintiff Konstantin Mezentsev is dismissed from this action only, without prejudice.

| | |
|---|---|
| Dated:  January 6, 2026<br>Bradenton, Florida | January 6, 2026<br>Tampa, Florida |
| **CRABILL PLLC** | **PHELPS DUNBAR LLP** |
| By: _____/s/_____<br>    Taylor J. Crabill | By: _____/s/_____<br>    Dennis McClelland |
| 71-01 Austin Street<br>Forest Hills, New York 11375<br>Tel: 727-335-1030<br>tcrabill@crabilllawfirm.com | 100 South Ashley Drive, Suite 2000<br>Tampa, Florida 33602<br>Tel: 813-472-7550<br>Dennis.McClelland@phelps.com |
| *Lead Counsel for Plaintiff and the FLSA Collective* | *Counsel for Defendants* |